IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| Maryanne Macfarlane | : | Case No. 19-21361 JAD |
| | : | |
| *Debtor(s)* | : | Chapter 13 |
| | : | |
| Maryanne Macfarlane | : | Related to Doc No. 43 |
| | : | |
| *Movant(s)* | : | |
| | : | |
| v. | : | |
| | : | |
| Planet Home Lending, LLC | : | |
| | : | |
| *Respondent(s)* | : | |

**CERTIFICATE OF SERVICE OF INTERIM MORTGAGE MODIFICATION ORDER**

I certify under penalty of perjury that I served or caused to be served the above captioned document(s) on the parties at the addresses specified below or on the attached list on (date) August 2, 2019

The type(s) of service made on the parties (first-class mail, electronic notification, hand delivery, or another type of service) was:  First Class Mail and/or Electronic Notification.

If more than one method of service was employed, this certificate of service groups the parties by the type of service. For example, the full name, email address, and where applicable the full name of the person or entity represented, for each party served by electronic transmission is listed under the heading "Service by NEF" and the full name and complete postal address for each party served by mail is listed under the heading "Service by First-Class Mail."

EXECUTED ON:  August 2, 2019

By:    /s/ Scott R. Lowden
Scott R. Lowden
PA ID No. 72116
Rice & Associates Law Firm
15 W. Beau Street
Washington, PA 15301
(412) 374-7161
lowdenscott@gmail.com

Served Via ECF:

Ronda J. Winnecour, Trustee
3250 USX Tower, 600 Grant Street
Pittsburgh, PA  15219
cmecf@chapter13trusteewdpa.com

US Trustee
1001 Liberty Avenue
Suite 970
Pittsburgh, PA 15222
ustpregion03.piecf@usdoj.gov

Planet Home Lending
James Warmbrodt, Esq.
bkgroup@kmllawgroup.com

Served via email:

Ronda Winnecour, Chapter 13 Trustee
LMP@chapter13trusteewdpa.com

*If applicable, Per Rule 7004(h) Service on an insured depository instutuion "shall be mailed by certified mail addressed to an officer of the instutuion unless: (1) the instutuion has appeared by its attorney, in which case the attorney shall be served by first class mail".  The above-mentioned insured depository was served upon the attorney appearing for the creditor by first-class mail.