IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

FILED
7/31/19 8:44 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN RE:

| | |
|---|---|
| Maryanne Macfarlane | Bankruptcy No. 19-21361-JAD |
| *Debtor(s)* | Chapter 13 |
| Maryanne Macfarlane | Related to Doc Nos. 42, 17 |
| *Movant(s)* | |
| v. | |
| Planet Home Lending, LLC | |
| *Respondent(s)* | |

### INTERIM MORTGAGE MODIFICATION ORDER

On July 25, 2019 the above named Debtor(s) and Respondent, Planet Home Lending, LLC ("Creditor") entered into a trial modification (the "Trial Modification"), through the Court's *Loss Mitigation Program* (LMP), with respect to the first mortgage on the Debtor's residence. The terms of the Trial Modification require monthly payments in the amount of **$1,010.98** ("Trial Payments") to begin on **9/1/2019** and to continue in that amount until **11/1/2019** (the "Trial Modification Period"). In light of the need for an immediate change in the distribution to the Creditor, the Debtor(s) request the Court to enter this *Interim Mortgage Modification Order* until a final, permanent modification can be presented to the Court for approval.

*AND NOW,* this **31st day of July, 2019**, for the foregoing reasons it is hereby **ORDERED**, **ADJUDGED and DECREED** that:

(1)     The Chapter 13 Trustee is authorized and directed to modify the distributions to the above-named Creditor for the Trial Modification Period. Each Trial Payment shall be made in the

Amount of **$1,010.98** for the following months: September 2019, October 2019 and November 2019. Following the Trial Modification Period, the Chapter 13 Trustee shall continue to make distributions in the same amount as the Trial Payments until further Order of Court.

(2)  In the event that a Permanent Modification is reached between the Parties, the Debtor *immediately* shall file a *Motion to Authorize the Loan Modification* in compliance with W.PA.LBR 9020-6(d).

(3)  The LMP Period is extended until fourteen (14) days after the expiration of the Trial Modification Period. If the Debtor has not filed a *Motion to Authorize the Loan Modification* within fourteen (14) days after the expiration of the Trial Modification Period, then the Debtor shall *immediately* file and serve either a *Motion to Extend the Loss Modification Period* pursuant to W.PA.LBR 9020-5(b) or a *Motion to Terminate the Loss Modification Program* pursuant to W.PA.LBR 9020-5(c) that sets forth the specific reasons why an agreement was not reached.

(4)  Any Party may seek a further hearing regarding the amendment or termination of this *Order* at any time during the Trial Modification Period by filing an appropriate Motion.

(5)  Within three (3) days of entry of this *Order*, Debtor shall serve this *Order* electronically on the Chapter 13 Trustee at the following email address: **LMP@chapter13trusteewdpa.com** and Debtor shall not be entitled to rely on CM/ECF or United States Mail for service of this *Order* on the Chapter 13 Trustee. The Debtor(s) Certificate of Service shall reflect service upon the above identified email address.

_____  mas
JEFFERY A. DELLER
UNITED STATES BANKRUPTCY JUDGE

Case administrator to serve:
  Debtor(s)
  Counsel for Debtor(s)
  [Counsel for Creditor]
  Ronda J. Winnecour, Esq. Ch 13 Trustee

```
                          United States Bankruptcy Court
                          Western District of Pennsylvania
In re:                                                                  Case No. 19-21361-JAD
Maryanne Macfarlane                                                     Chapter 13
         Debtor                    CERTIFICATE OF NOTICE
District/off: 0315-2           User: bsil                   Page 1 of 1                  Date Rcvd: Jul 31, 2019
                               Form ID: pdf900              Total Noticed: 1


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 02, 2019.
db             +Maryanne Macfarlane,    1660 Pierce Avenue,    Washington, PA 15301-3142

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                            TOTAL: 0

               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              PLANET HOME LENDING as servicer for Wilmington Tru
                                                                                   TOTALS: 1, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 02, 2019                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 31, 2019 at the address(es) listed below:
              David A. Rice    on behalf of Debtor Maryanne  Macfarlane ricelaw1@verizon.net,
               lowdenscott@gmail.com
              James  Warmbrodt    on behalf of Creditor    PLANET HOME LENDING as servicer for Wilmington Trust,
               National Association, not in its individual capacity, but solely as trustee of MFRA Trust 2014-2
               bkgroup@kmllawgroup.com
              Kevin Scott Frankel    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper
               pabk@logs.com
              Lauren Berschler Karl    on behalf of Creditor    DIPLOMAT PROPERTY MANAGER LLC lkarl@rascrane.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              Scott R. Lowden    on behalf of Debtor Maryanne  Macfarlane niclowlgl@comcast.net
                                                                                             TOTAL: 7
```