# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF WESTERN PENNSYLVANIA
# CONCILIATION CONFERENCE MINUTES

FILED
2019 OCT 25 AM 8:38
CLERK
U.S. BANKRUPTCY COURT
PITTSBURGH

## *Conciliation Conference:*

| | |
|---|---|
| **Debtor:** | MARYANNE MACFARLANE |
| **Case Number:** | 19-21361-JAD    **Chapter:** 13 |
| **Date / Time / Room:** | THURSDAY, OCTOBER 24, 2019 09:30 AM    3251 US STEEL |
| **Hearing Officer:** | CHAPTER 13 TRUSTEE |

## *Matter:*

#6 - Final Confirmation of Plan Dated 4/3/2019 (NFC)
R / M #: 6 / 0

## *Appearances:*

Debtor: Cowden

Trustee: Winnecour / (Pail) / Katz / DeSimone

Creditor:

## *Proceedings:*

Outcome:

1. _____ Case Converted to Chapter 7
2. _____ Case Converted to Chapter 11
3. _____ Case Dismissed without Prejudice
4. _____ Case Dismissed with Prejudice
5. _____ Debtor is to inform Court within _____ days their preference to Convert or Dismiss
6. _____ The plan payment/term is increased/extended to _____, effective _____.
7. __X__ Plan/Motion continued to 3/26/20 at 9:00.
8. _____ An Amended Plan is to be served on all creditors and certificate of service filed by _____.
    Objections are due on or before _____.
    A hearing on the Amended Plan is set for _____ at _____.

9. _____ Contested Hearing: _____ at _____.
10. _____ Other:

10/15/2019    4:32:21PM