IN THE UNITED STATES BANKRUPTCY COURT FOR THE
WESTERN DISTRICT OF PENNSYVANIA

IN RE:

| | | |
|---|---|---|
| Maryanne Macfarlane, | : | Bankruptcy No. 19-21361-JAD |
| Debtor, | : | |
| Maryanne Macfarlane, | : | Chapter 13 |
| Movant, | : | |
| | : | Related to Document No. |
| v. | : | |
| No Respondent, | : | |
| Respondent. | : | |

## CERTFICATE OF SERVICE

I hereby certify that I served a true and correct copy of the Order of Court dated December 20, 2019 at docket # 54, and the Amendment to Schedule C on each party listed below by first class U.S. mail on December 20, 2019.

Ronda J Winnecour, Trustee
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA  15219

Office of US Trustee
1001 Liberty Avenue
Suite 970
Pittsburgh, PA  15222

All creditors listed on the attached matrix.

        Attorney for Movant:
        Rice & Associates Law Firm
        /s/ David A Rice, Esq.
        15 West Beau Street
        Washington, PA  15301
        724-225-7270
        ricelaw1@verizon.net
        PA ID# 50329

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0315-2<br>Case 19-21361-JAD<br>WESTERN DISTRICT OF PENNSYLVANIA<br>Pittsburgh<br>Fri Dec 20 08:21:07 EST 2019 | DIPLOMAT PROPERTY MANAGEMENT<br>RAS CRANE, LLC<br>10700 ABBOTT'S BRIDGE ROAD, SUITE 1<br>DULUTH, GA 30097-8458 | PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541-1021 |
| 2<br>U.S. Bankruptcy Court<br>5414 U.S. Steel Tower<br>600 Grant Street<br>Pittsburgh, PA 15219-2703 | CHROME Federal Credit Union<br>PO Box 658<br>Canonsburg, PA 15317-0658 | Collection Service / Pathology Assoc Was<br>Attn: Bankruptcy<br>Po Box 560<br>New Kensington, PA 15068-0560 |
| Dollar Bank<br>3 Gateway Center<br>Pittsburgh, PA 15222 | Mr. Cooper Mortgage<br>P.O. Box 650783<br>Dallas, TX 75265-0783 | New Residential Mortgage Loan Trust<br>c/o Rebecca A Solarz, Esqs.<br>KML Law Group<br>701 Market Street, Suite 5000<br>Philadelphia, PA 19106-1541 |
| Office of the United States Trustee<br>Liberty Center.<br>1001 Liberty Avenue, Suite 970<br>Pittsburgh, PA 15222-3721 | SANTANDER CONSUMER USA<br>P.O. Box 560284<br>Dallas, TX 75356-0284 | Santander Consumer Usa<br>Po Box 961245<br>Ft Worth, TX 76161-0244 |
| Synchrony Bank<br>c/o of PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541-1021 | UNITED STATES DEPARTMENT OF EDUCATION<br>CLAIMS FILING UNIT<br>PO BOX 8973<br>MADISON, WI 53708-8973 | US Deptartment of Education/Great Lakes<br>Attn: Bankruptcy<br>Po Box 7860<br>Madison, WI 53707-7860 |
| Verizon<br>by American InfoSource as agent<br>PO Box 4457<br>Houston, TX 77210-4457 | Verizon Wireless<br>Attn: Verizon Wireless Bankruptcy Admini<br>500 Technology Dr, Ste 550<br>Weldon Spring, MO 63304-2225 | West Penn Power<br>5001 NASA Blvd<br>Fairmont WV 26554-8248 |
| West Penn Power<br>P.O. Box 3687<br>Akron, OH 44309-3687 | Wilmington Trust, National Association, et a<br>c/o Planet Home Lending, LLC<br>321 Research Pkwy #303<br>Meriden, CT 06450-8342 | David A. Rice<br>Rice & Associates Law Firm<br>15 West Beau Street<br>Washington, PA 15301-6806 |
| Maryanne Macfarlane<br>1660 Pierce Avenue<br>Washington, PA 15301-3142 | Ronda J. Winnecour<br>Suite 3250, USX Tower<br>600 Grant Street<br>Pittsburgh, PA 15219-2702 | Scott R. Lowden<br>Nicotero & Lowden PC<br>3948 Monroeville Blvd., Suite 2<br>Monroeville, PA 15146-2437 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)Nationstar Mortgage LLC d/b/a Mr. Cooper | (u)PLANET HOME LENDING as servicer for Wilmin | End of Label Matrix<br>Mailable recipients    23<br>Bypassed recipients     2<br>Total                  25 |