IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Bankruptcy No. 19-21361 JAD |
| Maryanne Macfarlane | ) | |
| | ) | |
| Debtor (s) | ) | |
| | ) | Chapter 13 |
| Maryanne Macfarlane | ) | |
| | ) | |
| Movant(s) | ) | Related to |
| v. | ) | Doc No.    49 |
| | ) | |
| Planet Home Lending, LLC, | ) | |
| and Ronda J. Winnecour, Trustee | ) | |
| Respondent(s) | ) | |

## ORDER OF COURT

**AND NOW,** this __16th__ day of __January__, 2020, upon consideration of the Debtor's Motion, it is hereby **ORDERED, ADJUDGED and DECREED** that the Debtor is hereby granted permission to enter into the Loan Modification Agreement of secured debt through Planet Home Lending, LLC. The new principal balance is $181,622.22 at an interest rate of 5.5% for 445 months modified as of November 1, 2019 with a maturity date of December 1, 2056. As a portion of the new principal balance, the modification provides for a Balloon Payment for deferred principal balance in the amount of $39,381.72 at 0% interest. The new principal and interest payment will be $749.95 plus escrow of $290.15 for a total payment of $1,040.10 per month beginning December 1, 2019. The Debtor will make payments through an amended Chapter 13 plan. The Loss Mitigation Process is hereby terminated.

FILED
1/16/20 1:13 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

sjk

Jeffery A. Deller, U.S.B.J.