IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Bankruptcy No. 19-21361 JAD |
| Maryanne Macfarlane | ) | |
| | ) | |
| Debtor (s) | ) | |
| | ) | Chapter 13 |
| Maryanne Macfarlane | ) | |
| | ) | |
| Movant(s) | ) | Related to |
| v. | ) | Doc No.    49 |
| | ) | |
| Planet Home Lending, LLC, | ) | |
| and Ronda J. Winnecour, Trustee | ) | |
| Respondent(s) | ) | |

## ORDER OF COURT

**AND NOW,** this __16th__ day of ___January___, 2020, upon consideration

of the Debtor's Motion, it is hereby **ORDERED, ADJUDGED and DECREED** that the

Debtor is hereby granted permission to enter into the Loan Modification Agreement of

secured debt through Planet Home Lending, LLC.   The new principal balance is

$181,622.22 at an interest rate of 5.5% for 445 months modified as of November 1, 2019

with a maturity date of December 1, 2056. As a portion of the new principal balance, the

modification   provides for a Balloon Payment for deferred principal balance in the

amount of $39,381.72 at 0% interest.   The new principal and interest payment will be

$749.95 plus escrow of $290.15 for a total payment of $1,040.10 per month beginning

December 1, 2019.   The Debtor will make payments through an amended Chapter 13

plan.   The Loss Mitigation Process is hereby terminated.

FILED
1/16/20 1:13 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

_____
Jeffery A. Deller, U.S.B.J.

sjk

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                    Case No. 19-21361-JAD
Maryanne Macfarlane                                                       Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-2          User: bsil              Page 1 of 1            Date Rcvd: Jan 16, 2020
                             Form ID: pdf900          Total Noticed: 1


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 18, 2020.
db            +Maryanne Macfarlane,    1660 Pierce Avenue,    Washington, PA 15301-3142

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                           TOTAL: 0

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              PLANET HOME LENDING as servicer for Wilmington Tru
                                                                     TOTALS: 1, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 18, 2020                              Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 16, 2020 at the address(es) listed below:
          David A. Rice    on behalf of Debtor Maryanne  Macfarlane ricelaw1@verizon.net,
           lowdenscott@gmail.com
          James  Warmbrodt    on behalf of Creditor    PLANET HOME LENDING as servicer for Wilmington Trust,
           National Association, not in its individual capacity, but solely as trustee of MFRA Trust 2014-2
           bkgroup@kmllawgroup.com
          Kevin Scott Frankel    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper
           pabk@logs.com
          Lauren Berschler Karl    on behalf of Creditor    DIPLOMAT PROPERTY MANAGER LLC lkarl@rascrane.com,
           lbkarl03@yahoo.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
          Scott R. Lowden    on behalf of Debtor Maryanne  Macfarlane niclowlgl@comcast.net
                                                                           TOTAL: 7