IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

Maryanne Macfarlane,

Bankruptcy No. 19-21361-JAD

Debtor,

Maryanne Macfarlane,

Chapter 13

Movant,

Related to Document No.

No Respondent

Respondent.

## CERTIFICATE OF SERVICE

I hereby certify that I served a true and correct copy of the February 4, 2020 Order of Court and the Amended Chapter 13 Plan by prepaid first class US mail on February 4, 2020 on the following:

Ronda J Winnecour, Trustee
600 Grant Street
Suite 3250
Pittsburgh, PA  15219

Office of U.S. Trustee
1001 Liberty Ave.
Suite 970, Liberty Center
Pittsburgh, PA  15222

**Each and Every Creditor on the
Court's Mailing Matrix (attached)**

Dated: 02/04/2020

/s/: David A Rice, Esq.
Attorney for Debtors
15 West Beau Street
Washington, PA  15301
PA ID# 50329
Ricelaw1@verizon.net
(724) 225-7270

```
Label Matrix for local noticing         DIPLOMAT PROPERTY MANAGER LLC          PRA Receivables Management, LLC
0315-2                                  RAS CRANE, LLC                         PO Box 41021
Case 19-21361-JAD                       10700 ABBOTT'S BRIDGE ROAD, SUITE 1    Norfolk, VA 23541-1021
WESTERN DISTRICT OF PENNSYLVANIA        DULUTH, GA 30097-8458
Pittsburgh
Tue Feb  4 09:29:26 EST 2020

2                                       CHROME Federal Credit Union            Collection Service / Pathology Assoc Was
U.S. Bankruptcy Court                   PO Box 658                             Attn: Bankruptcy
5414 U.S. Steel Tower                   Canonsburg, PA 15317-0658              Po Box 560
600 Grant Street                                                               New Kensington, PA 15068-0560
Pittsburgh, PA 15219-2703

Dollar Bank                             Mr. Cooper Mortgage                    New Residential Mortgage Loan Trust
3 Gateway Center                        P.O. Box 650783                        c/o Rebecca A Solarz, Esqs.
Pittsburgh, PA 15222                    Dallas, TX 75265-0783                  KML Law Group
                                                                               701 Market Street, Suite 5000
                                                                               Philadelphia, PA 19106-1541

Office of the United States Trustee     SANTANDER CONSUMER USA                 Santander Consumer Usa
Liberty Center.                         P.O. Box 560284                        Po Box 961245
1001 Liberty Avenue, Suite 970          Dallas, TX 75356-0284                  Ft Worth, TX 76161-0244
Pittsburgh, PA 15222-3721

Synchrony Bank                          UNITED STATES DEPARTMENT OF EDUCATION  US Deptartment of Education/Great Lakes
c/o of PRA Receivables Management, LLC  CLAIMS FILING UNIT                     Attn: Bankruptcy
PO Box 41021                            PO BOX 8973                            Po Box 7860
Norfolk, VA 23541-1021                  MADISON, WI 53708-8973                 Madison, WI 53707-7860

Verizon                                 Verizon Wireless                       West Penn Power
by American InfoSource as agent         Attn: Verizon Wireless Bankruptcy Admini 5001 NASA Blvd
PO Box 4457                             500 Technology Dr, Ste 550             Fairmont WV 26554-8248
Houston, TX  77210-4457                 Weldon Spring, MO 63304-2225

West Penn Power                         Wilmington Trust, National Association, et a  David A. Rice
P.O. Box 3687                           c/o Planet Home Lending, LLC           Rice & Associates Law Firm
Akron, OH 44309-3687                    321 Research Pkwy #303                 15 West Beau Street
                                        Meriden, CT 06450-8342                 Washington, PA 15301-6806

Maryanne Macfarlane                     Ronda J. Winnecour                     Scott R. Lowden
1660 Pierce Avenue                      Suite 3250, USX Tower                  Nicotero & Lowden PC
Washington, PA 15301-3142               600 Grant Street                       3948 Monroeville Blvd., Suite 2
                                        Pittsburgh, PA 15219-2702              Monroeville, PA 15146-2437


        The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.


(u)Nationstar Mortgage LLC d/b/a Mr. Cooper    (u)PLANET HOME LENDING as servicer for Wilmin    End of Label Matrix
                                                                                                Mailable recipients    23
                                                                                                Bypassed recipients     2
                                                                                                Total                  25
```