**Form RSC2 (Reschedule Conciliation/COD)**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re:

**Maryanne Macfarlane**
**dba WashPa'ws Pet Styling**
  Debtor(s)

Bankruptcy Case No.: 19–21361–JAD
Chapter: 13

## ORDER

The conciliation or certificate of default to dismiss case hearing currently scheduled for **March 26, 2020**, is postponed until further notice. Once a new date and time are chosen for the rescheduled hearing, a Notice will be issued. Please contact the Chapter 13 Trustee, Ronda J. Winnecour at Meetings@chapter13trusteewdpa.com with questions or concerns.

Dated: March 20, 2020

cm: Debtor(s) and/or Debtor(s)' counsel

Jeffery A. Deller
United States Bankruptcy Judge

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                  Case No. 19-21361-JAD
Maryanne Macfarlane                                                     Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-2         User: llea                  Page 1 of 2                  Date Rcvd: Mar 20, 2020
                             Form ID: RSCcon             Total Noticed: 18

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 22, 2020.
db          +Maryanne Macfarlane,    1660 Pierce Avenue,    Washington, PA 15301-3142
cr          +DIPLOMAT PROPERTY MANAGER LLC,    RAS CRANE, LLC,    10700 ABBOTT'S BRIDGE ROAD, SUITE 170,
              DULUTH, GA 30097-8461
15026330    +Collection Service / Pathology Assoc Was,    Attn: Bankruptcy,    Po Box 560,
              New Kensington, PA 15068-0560
15026331     Dollar Bank,    3 Gateway Center,    Pittsburgh, PA 15222
15026332    +Mr. Cooper Mortgage,    P.O. Box 650783,    Dallas, TX 75265-0783
15026333    +New Residential Mortgage Loan Trust,    c/o Rebecca A Solarz, Esqs.,    KML Law Group,
              701 Market Street, Suite 5000,    Philadelphia, PA 19106-1541
15035862    +SANTANDER CONSUMER USA,    P.O. Box 560284,    Dallas, TX 75356-0284
15026334    +Santander Consumer Usa,    Po Box 961245,    Ft Worth, TX 76161-0244
15058213     UNITED STATES DEPARTMENT OF EDUCATION,    CLAIMS FILING UNIT,    PO BOX 8973,
              MADISON, WI 53708-8973
15026335    +US Deptartment of Education/Great Lakes,    Attn: Bankruptcy,    Po Box 7860,
              Madison, WI 53707-7860
15069142    +Wilmington Trust, National Association, et al,    c/o Planet Home Lending, LLC,
              321 Research Pkwy #303,    Meriden, CT 06450-8342

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr          +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Mar 21 2020 04:18:25
              PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
15026329    +E-mail/Text: tvincequerra@chromefcu.org Mar 21 2020 04:25:44      CHROME Federal Credit Union,
              PO Box 658,    Canonsburg, PA 15317-0658
15027605    +E-mail/PDF: gecsedi@recoverycorp.com Mar 21 2020 04:19:08       Synchrony Bank,
              c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
15063420     E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Mar 21 2020 04:20:18       Verizon,
              by American InfoSource as agent,    PO Box 4457,    Houston, TX 77210-4457
15026336    +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Mar 21 2020 04:22:39
               Verizon Wireless,    Attn: Verizon Wireless Bankruptcy Admini,    500 Technology Dr, Ste 550,
              Weldon Spring, MO 63304-2225
15026337    +E-mail/Text: bankruptcy@firstenergycorp.com Mar 21 2020 04:24:41       West Penn Power,
              P.O. Box 3687,    Akron, OH 44309-3687
15048561    +E-mail/Text: bankruptcy@firstenergycorp.com Mar 21 2020 04:24:41       West Penn Power,
              5001 NASA Blvd,    Fairmont WV 26554-8248
                                                                                               TOTAL: 7

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr            Nationstar Mortgage LLC d/b/a Mr. Cooper
cr            PLANET HOME LENDING as servicer for Wilmington Tru
                                                                                   TOTALS: 2, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 22, 2020                                        Signature: /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 20, 2020 at the address(es) listed below:
              David A. Rice    on behalf of Debtor Maryanne  Macfarlane ricelaw1@verizon.net,
               lowdenscott@gmail.com
              James  Warmbrodt    on behalf of Creditor    PLANET HOME LENDING as servicer for Wilmington Trust,
               National Association, not in its individual capacity, but solely as trustee of MFRA Trust 2014-2
               bkgroup@kmllawgroup.com
              Kevin Scott Frankel    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper
               pabk@logs.com
              Lauren Berschler Karl    on behalf of Creditor    DIPLOMAT PROPERTY MANAGER LLC lkarl@rascrane.com,
               lbkarl03@yahoo.com

```
District/off: 0315-2           User: llea                  Page 2 of 2                  Date Rcvd: Mar 20, 2020
                               Form ID: RSCcon             Total Noticed: 18
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
            Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
            Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
            Scott R. Lowden    on behalf of Debtor Maryanne  Macfarlane niclowlgl@comcast.net
                                                                                                                  TOTAL: 7