IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

IN RE

Maryanne Macfarlane,

Bankruptcy No. 19-21361-JAD

Debtor,

Maryanne Macfarlane,

Chapter 13

Movant,

Related to Document No.

No Respondent

Respondent.

CERTIFICATE OF SERVICE

I hereby certify that I served a true and correct copy of the July 10, 2020 Order of Court and the Amended Chapter 13 Plan dated February 3, 2020 by prepaid first-class US mail on July 10, 2020 on the following:

Ronda J Winnecour, Trustee
600 Grant Street
Suite 3250
Pittsburgh, PA   15219

Office of U.S. Trustee
1001 Liberty Ave.
Suite 970 Liberty Center
Pittsburgh, PA   15222

Each and Every Creditor on the
Court's Mailing Matrix (attached)

Dated:  07/10/2020

/s/: David A  Rice, Esq.
Attorney for Debtors
15 West Beau Street
Washington, PA   15301
PA ID# 50329
Ricelaw1@verizon.net
(724) 225-7270

Label Matrix for local noticing
0315-2
Case 19-21361-JAD
WESTERN DISTRICT OF PENNSYLVANIA
Pittsburgh
Fri Jul 10 09:22:45 EDT 2020

DIPLOMAT PROPERTY MANAGER LLC
RAS CRANE, LLC
10700 ABBOTT'S BRIDGE ROAD, SUITE 1
DULUTH, GA 30097-8458

PRA Receivables Management, LLC
PO Box 41021
Norfolk, VA 23541-1021

2
U.S. Bankruptcy Court
5414 U.S. Steel Tower
600 Grant Street
Pittsburgh, PA 15219-2703

CHROME Federal Credit Union
PO Box 658
Canonsburg, PA 15317-0658

Collection Service / Pathology Assoc Was
Attn: Bankruptcy
Po Box 560
New Kensington, PA 15068-0560

Dollar Bank
3 Gateway Center
Pittsburgh, PA 15222

Mr. Cooper Mortgage
P.O. Box 650783
Dallas, TX 75265-0783

New Residential Mortgage Loan Trust
c/o Rebecca A Solarz, Esqs.
KML Law Group
701 Market Street, Suite 5000
Philadelphia, PA 19106-1541

Office of the United States Trustee
Liberty Center.
1001 Liberty Avenue, Suite 970
Pittsburgh, PA 15222-3721

SANTANDER CONSUMER USA
P.O. Box 560284
Dallas, TX 75356-0284

Santander Consumer Usa
Po Box 961245
Ft Worth, TX 76161-0244

Synchrony Bank
c/o of PRA Receivables Management, LLC
PO Box 41021
Norfolk, VA 23541-1021

UNITED STATES DEPARTMENT OF EDUCATION
CLAIMS FILING UNIT
PO BOX 8973
MADISON, WI 53708-8973

US Deptartment of Education/Great Lakes
Attn: Bankruptcy
Po Box 7860
Madison, WI 53707-7860

Verizon
by American InfoSource as agent
PO Box 4457
Houston, TX  77210-4457

Verizon Wireless
Attn: Verizon Wireless Bankruptcy Admini
500 Technology Dr, Ste 550
Weldon Spring, MO 63304-2225

West Penn Power
5001 NASA Blvd
Fairmont WV 26554-8248

West Penn Power
P.O. Box 3687
Akron, OH 44309-3687

Wilmington Trust, National Association, et a
c/o Planet Home Lending, LLC
321 Research Pkwy #303
Meriden, CT 06450-8342

David A. Rice
Rice & Associates Law Firm
15 West Beau Street
Washington, PA 15301-6806

Maryanne Macfarlane
1660 Pierce Avenue
Washington, PA 15301-3142

Ronda J. Winnecour
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219-2702

Scott R. Lowden
Nicotero & Lowden PC
3948 Monroeville Blvd., Suite 2
Monroeville, PA 15146-2437

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Nationstar Mortgage LLC d/b/a Mr. Cooper

(u)PLANET HOME LENDING as servicer for Wilmin

End of Label Matrix
Mailable recipients    23
Bypassed recipients     2
Total                  25