Form 309

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

| | | |
|---|---|---|
| **Maryanne Macfarlane** | : | Case No. 19−21361−JAD |
| **dba WashPa'ws Pet Styling** | : | Chapter: 13 |
| *Debtor(s)* | : | |
| | : | |
| | : | |
| | : | Related to Doc. #77 |
| | : | |

**ORDER DISMISSING CASE WITHOUT PREJUDICE AND**
**TERMINATING WAGE ATTACHMENT**

  *AND NOW,* this ***The 19th of February, 2021,*** after notice and hearing and the Debtor(s) having failed to comply with the requirements of the *Bankruptcy Code*, the *Local Rules* of this Court and/or an Order of Court, it is hereby **ORDERED, ADJUDGED and DECREED** as follows:

  (1) The above−captioned case is ***DISMISSED, without prejudice***. The Debtor(s) remain legally liable for all his/her/their debts as if the bankruptcy petition had not been filed. Creditor collection remedies are reinstated pursuant to *11 U.S.C. §349*. Creditors are directed to *11 U.S.C. §108(c)* for time limits on filing a lawsuit to collect. ***Generally, a creditor's lawsuit must be filed either before the time deadline imposed by state law for filing runs, or (30) thirty days after date of this Order, whichever is later.***

  (2) Each income attachment issued in this case is now terminated. So that each employer and entity subject to an attachment Order knows to stop the attachment, the Debtor(s) shall immediately serve a copy of this order on each such employer and entity.

  (3) The Court retains jurisdiction over the Trustee's Report of Receipts and Disbursements and Final Report and Account. Upon submission of the UST Form 13−FR−S: Chapter 13 Standing Trustee's Final Report and Account, the Trustee is discharged from her duties in this case and this case will be closed without further order of Court.

  (4) The Clerk shall give notice to all creditors of this dismissal.

                  <u>Jeffery A. Deller</u>
                  United States Bankruptcy Judge

Case Administrators to serve:
All Creditors and All Parties In Interest

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 19-21361-JAD |
| Maryanne Macfarlane | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: skoz | Page 1 of 2 |
| Date Rcvd: Feb 19, 2021 | Form ID: 309 | Total Noticed: 18 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 21, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Maryanne Macfarlane, 1660 Pierce Avenue, Washington, PA 15301-3142 |
| cr | + | DIPLOMAT PROPERTY MANAGER LLC, RAS CRANE, LLC, 10700 ABBOTT'S BRIDGE ROAD, SUITE 170, DULUTH, GA 30097-8461 |
| 15026330 | + | Collection Service / Pathology Assoc Was, Attn: Bankruptcy, Po Box 560, New Kensington, PA 15068-0560 |
| 15026331 | | Dollar Bank, 3 Gateway Center, Pittsburgh, PA 15222 |
| 15026332 | + | Mr. Cooper Mortgage, P.O. Box 650783, Dallas, TX 75265-0783 |
| 15026333 | + | New Residential Mortgage Loan Trust, c/o Rebecca A Solarz, Esqs., KML Law Group, 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 15026335 | + | US Deptartment of Education/Great Lakes, Attn: Bankruptcy, Po Box 7860, Madison, WI 53707-7860 |
| 15069142 | + | Wilmington Trust, National Association, et al, c/o Planet Home Lending, LLC, 321 Research Pkwy #303, Meriden, CT 06450-8342 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | EDI: PRA.COM | Feb 20 2021 03:58:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15026329 | + | Email/Text: tvincequerra@chromefcu.org | Feb 20 2021 03:20:00 | CHROME Federal Credit Union, PO Box 658, Canonsburg, PA 15317-0658 |
| 15035862 | + | EDI: DRIV.COM | Feb 20 2021 03:58:00 | SANTANDER CONSUMER USA, P.O. Box 560284, Dallas, TX 75356-0284 |
| 15026334 | + | EDI: DRIV.COM | Feb 20 2021 03:58:00 | Santander Consumer Usa, Po Box 961245, Ft Worth, TX 76161-0244 |
| 15027605 | + | EDI: RMSC.COM | Feb 20 2021 03:58:00 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15058213 | | EDI: WFFC.COM | Feb 20 2021 03:58:00 | UNITED STATES DEPARTMENT OF EDUCATION, CLAIMS FILING UNIT, PO BOX 8973, MADISON, WI 53708-8973 |
| 15063420 | | EDI: AIS.COM | Feb 20 2021 03:58:00 | Verizon, by American InfoSource as agent, PO Box 4457, Houston, TX 77210-4457 |
| 15026336 | + | EDI: VERIZONCOMB.COM | Feb 20 2021 03:58:00 | Verizon Wireless, Attn: Verizon Wireless Bankruptcy Admini, 500 Technology Dr, Ste 550, Weldon Spring, MO 63304-2225 |
| 15026337 | + | Email/Text: bankruptcy@firstenergycorp.com | Feb 20 2021 03:19:00 | West Penn Power, P.O. Box 3687, Akron, OH 44309-3687 |
| 15048561 | + | Email/Text: bankruptcy@firstenergycorp.com | Feb 20 2021 03:19:00 | West Penn Power, 5001 NASA Blvd, Fairmont WV 26554-8248 |

TOTAL: 10

# BYPASSED RECIPIENTS

| District/off: 0315-2 | User: skoz | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Feb 19, 2021 | Form ID: 309 | Total Noticed: 18 |

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Nationstar Mortgage LLC d/b/a Mr. Cooper |
| cr | | PLANET HOME LENDING as servicer for Wilmington Tru |

TOTAL: 2 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 21, 2021        Signature:        /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 19, 2021 at the address(es) listed below:**

**Name**         **Email Address**

Brian Nicholas
on behalf of Creditor PLANET HOME LENDING as servicer for Wilmington Trust  National Association, not in its individual capacity, but solely as trustee of MFRA Trust 2014-2 bnicholas@kmllawgroup.com

David A. Rice
on behalf of Debtor Maryanne Macfarlane ricelaw1@verizon.net  lowdenscott@gmail.com

Kevin Scott Frankel
on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper pabk@logs.com

Lauren Berschler Karl
on behalf of Creditor DIPLOMAT PROPERTY MANAGER LLC lkarl@rascrane.com  lbkarl03@yahoo.com

Office of the United States Trustee
ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
cmecf@chapter13trusteewdpa.com

Scott R. Lowden
on behalf of Debtor Maryanne Macfarlane niclowlgl@comcast.net

TOTAL: 7