**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>MARYANNE MACFARLANE<br><br>Debtor(s)<br><br>Ronda J. Winnecour<br>　　Movant<br>　　vs.<br>No Respondents. | Case No.:19-21361 JAD<br><br><br>Document No.: |

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

　　1.  The case was filed on 04/03/2019 and confirmed on 06/13/2019 . The case was subsequently (B)DISMISSED AFTER CONFIRMATION FUNDS TO DEBTOR

　　2.  The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 17,585.01 |
| Less Refunds to Debtor | 0.00 | |
| TOTAL AMOUNT OF PLAN FUND | | 17,585.01 |
| | | |
| Administrative Fees | | |
| 　　Filing Fee | 0.00 | |
| 　　Notice Fee | 0.00 | |
| 　　Attorney Fee | 1,347.36 | |
| 　　Trustee Fee | 986.23 | |
| 　　Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 2,333.59 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Secured | | | | |
| 　WILMINGTON TRUST NA - TRUSTEE FOR M<br>　　Acct: 5408 | 0.00 | 0.00 | 0.00 | 0.00 |
| 　WILMINGTON TRUST NA - TRUSTEE FOR M<br>　　Acct: 5408 | 2,184.02 | 2,184.02 | 0.00 | 2,184.02 |
| 　WILMINGTON TRUST NA - TRUSTEE FOR M<br>　　Acct: 8560 | 0.00 | 0.00 | 0.00 | 0.00 |
| 　WILMINGTON TRUST NA - TRUSTEE FOR M<br>　　Acct: 5408 | 0.00 | 9,851.33 | 0.00 | 9,851.33 |
| 　SANTANDER CONSUMER USA**<br>　　Acct: 9461 | 12,687.37 | 1,677.21 | 1,538.86 | 3,216.07 |
| | | | | 15,251.42 |
| Priority | | | | |
| 　SCOTT R LOWDEN ESQ**<br>　　Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| 　MARYANNE MACFARLANE<br>　　Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| 　RICE AND ASSOCIATES<br>　　Acct: | 3,000.00 | 1,347.36 | 0.00 | 0.00 |

| 19-21361 JAD | **TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS** | | | Page 2 of 2 |
|---|---|---|---|---|
| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |

**Priority**

| Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|
| DAVID A RICE ESQ<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| NICOTERO & LOWDEN PC<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| RICE AND ASSOCIATES<br>Acct: | 1,000.00 | 0.00 | 0.00 | 0.00 |
| RICE AND ASSOCIATES<br>Acct: | 1,500.00 | 0.00 | 0.00 | 0.00 |

*** N O N E ***

**Unsecured**

| Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|
| CHROME FCU*<br>Acct: 9800 | 6,914.64 | 0.00 | 0.00 | 0.00 |
| COLLECTION SERVICE CENTER INC<br>Acct: AX4X | 0.00 | 0.00 | 0.00 | 0.00 |
| DOLLAR BANK FSB(*)<br>Acct: 0844 | 0.00 | 0.00 | 0.00 | 0.00 |
| SYNCHRONY BANK<br>Acct: 2046 | 0.00 | 0.00 | 0.00 | 0.00 |
| KML LAW GROUP PC*<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| UNITED STATES DEPARTMENT OF EDUCA<br>Acct: 9503 | 13,052.87 | 0.00 | 0.00 | 0.00 |
| VERIZON BY AMERICAN INFOSOURCE AS<br>Acct: 0001 | 118.08 | 0.00 | 0.00 | 0.00 |
| WEST PENN POWER*<br>Acct: 2000 | 1,876.22 | 0.00 | 0.00 | 0.00 |
| CREDITOR INFORMATION MISSING OR VA(<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| RAS CRANE LLC<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| KEVIN S FRANKEL ESQ<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| VERIZON BY AMERICAN INFOSOURCE AS<br>Acct: 0001 | 1,732.89 | 0.00 | 0.00 | 0.00 |

*** N O N E ***

| TOTAL PAID TO CREDITORS | | | | 15,251.42 |
|---|---|---|---|---|

TOTAL CLAIMED
| PRIORITY | 0.00 |
|---|---|
| SECURED | 14,871.39 |
| UNSECURED | 23.694.70 |

Date: 04/08/2021

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com